# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

## CIVIL DOCKETING STATEMENT
All Cases Other than Administrative Agency Cases (To be completed by appellant)

1. CASE NO. 13-5332
2. DATE DOCKETED: 11-08-2013
3. CASE NAME (lead parties only) Carl S. Ey  v.  Office of the Chief Administrative Officer of the United
4. TYPE OF CASE: ☒ District Ct -  ○ US Civil  ● Private Civil  ○ Criminal  ○ Bankruptcy
   ☐ Bankruptcy - if direct from Bankruptcy Court   ☐ Original proceeding
5. IS THIS CASE REQUIRED BY STATUTE TO BE EXPEDITED?  ○ Yes  ● No
   If YES, cite statute
6. CASE INFORMATION:
   a. District Court Docket No.        Bankruptcy Court Docket No.        Tax Court Docket No.
      Civil Action 1:12-cv-01733-BAH   Bankruptcy                          Tax
      Criminal                          Adversary
      Miscellaneous                     Ancillary
   b. Review is sought of:
      ☒ Final Order  ☐ Interlocutory Order appealable as of right  ☐ Interlocutory Order certified for appeal
   c. Name of judge who entered order being appealed:
      Judge Beryl A. Howell                Magistrate Judge
   d. Date of order(s) appealed (use date docketed): 09-10-2013   e. Date notice of appeal filed: 11-05-13
   f. Has any other notice of appeal been filed in this case?  ○ Yes  ● No  If YES, date filed:
   g. Are any motions currently pending in trial court?  ○ Yes  ● No  If YES, date filed:
      If YES, identify motion
   h. Has a transcript of proceedings been ordered pursuant to FRAP 10(b)?  ○ Yes  ● No
      If NO, why not?  No transcript is necessary for this appeal.
   i. Has this case been before the Court under another appeal number? ○ Yes  Appeal #          ● No
   j. Are any cases involving the same underlying order or, to counsel's knowledge, involving *substantially the same issue,* currently pending before the District Court, this Court, another Circuit Court, or the Supreme Court?
      ○ Yes  ● No  If YES, give each case's court and case name, and docket number:
   k. Does this case turn on validity or correct interpretation or application of a statute?  ○ Yes  ● No
      If YES, give popular name and citation of statute
7. Have the parties attempted to resolve issues in this case through arbitration, mediation, or another alternative for dispute resolution?  ○ Yes  ● No  If so, provide program name and participation dates

Signature /s/ Alan R. Kabat        Date 12-09-2013
Name of Party Carl S. Ey
Name of Counsel for Appellant/Petitioner Alan Kabat and Dave Wachtel
Address Bernabei & Wachtel, PLLC, 1775 T Street N.W., Washington, D.C. 20009-7102
Phone ( 202 ) 745-1942    Fax ( 202 ) 745-2627

ATTACH A CERTIFICATE OF SERVICE

Note: If counsel for any other party believes that the information submitted is inaccurate or incomplete, counsel may so advise the Clerk within 7 calendar days by letter, with copies to all other parties, specifically referring to the challenged statement. Attach a certificate of service to this form.

USAC Form 42
August 2009 (REVISED)

## CERTIFICATE OF SERVICE

I certify that on this date, December 9, 2013, the foregoing Docketing Statement was served upon counsel of record via the Court's CM/ECF system, to:

Russell Hayes Gore
Mark Stewart Hayes
Gloria Lett
U.S. House of Representatives
Office of the Clerk; Office of House Employment Counsel
1036 Longworth House Office Building
Washington, D.C. 20515
*Counsel for Appellee*

/s/ Alan R. Kabat
_____
Alan R. Kabat