# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** Carl S. Ey

**v.**
Office of the Chief Administrative Officer

**Case No:** 13-5332

## ENTRY OF APPEARANCE

### Party Information

The Clerk shall enter my appearance as counsel for the following parties:
(List each party represented individually. Use an additional blank sheet as necessary)

(●) Appellant(s)/Petitioner(s)   ( ) Appellee(s)/Respondent(s)   ( ) Intervenor(s)   ( ) Amicus Curiae

Carl S. Ey

Names of Parties                                    Names of Parties

### Counsel Information

**Lead Counsel:** Alan R. Kabat

**Direct Phone:** (202) 745-1942   **Fax:** (202) 745-2627   **Email:** kabat@bernabeipllc.com

**2nd Counsel:**

**Direct Phone:** (   )    -        **Fax:** (   )    -        **Email:**

**3rd Counsel:**

**Direct Phone:** (   )    -        **Fax:** (   )    -        **Email:**

**Firm Name:**

**Firm Address:**

**Firm Phone:** (   )    -        **Fax:** (   )    -        **Email:**

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit.
**Names of non-member attorneys listed above will not be entered on the court's docket.**
Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/

USCA Form 44
August 2009 (REVISED)

## CERTIFICATE OF SERVICE

I certify that on this date, December 9, 2013, the foregoing Entry of Appearance form was served upon counsel of record via the Court's CM/ECF system, to:

> Russell Hayes Gore
> Mark Stewart Hayes
> Gloria Lett
> U.S. House of Representatives
> Office of the Clerk; Office of House Employment Counsel
> 1036 Longworth House Office Building
> Washington, D.C. 20515
> *Counsel for Appellee*

> */s/ Alan R. Kabat*
> _____
> Alan R. Kabat